# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

LM INSURANCE CORPORATION,     :
                  :

      Plaintiff,            :
                  :

v.                        :     CASE NO.: 7:24-CV-00100 (WLS)
                  :

TRIPLE G FRAMING, LLC,       :
                  :

      Defendant.        :
                  :

## ORDER

     Before the Court is Defendant's Motion to Appear Virtually (Doc. 11) ("the Motion"), filed on February 14, 2025. Therein, Counsel for Defendant requests to appear remotely at the initial discovery conference currently set for February 18, 2025, due to an unrelated court appearance in the Superior Court of Lowndes County, Georgia. (Doc. 11 ¶ 2).

     A discovery conference was held in the above-captioned case on February 18, 2025, as scheduled and with counsel for each Party in attendance. As such, the Motion (Doc. 11) is **DENIED, as moot**.

     **SO ORDERED**, this 19th day of February 2025.

                        **/s/ W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**